JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MELINDA LeSAGE and HERBERT J. LeSAGE, JR., w/h

## DEFENDANTS

CITY CRUISES PHILADELPHIA, SPIRIT OF PHILADELPHIA and ENTERTAINMENT CRUISES, INC.

**(b)** County of Residence of First Listed Plaintiff   Chester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Joseph Cullen, Jr., Stark & Stark, 777 Township Line Road; Ste. 120, Yardley, PA 19067, (267) 907-9600

Attorneys *(If Known)*

Timothy Rau, Marshall Dennehey, 2000 Market St., Ste. 2300, Philadelphia, PA 19103, (215) 575-2623

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                         *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☒ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S. Code Section 1332

Brief description of cause:
Personal Injury premises liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
$750,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/30/2022 | Timothy D. Rau |

## FOR OFFICE USE ONLY

RECEIPT #____   AMOUNT____   APPLYING IFP____   JUDGE____   MAG. JUDGE____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 2 My Way-Lincoln University, Lincoln University, PA 19352 _____

Address of Defendant: _____ 455 N Cityfront Drive, Suite 2660, Chicago, IL 60611 _____

Place of Accident, Incident or Transaction: _____ 401 S. Columbus Blvd, Philadelphia, PA 19106 _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/30/2022 _____    *Must sign here* _____    84707 _____
     *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**    *Federal Question Cases:*      **B.**    *Diversity Jurisdiction Cases:*

| | |
|---|---|
| ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1. Insurance Contract and Other Contracts |
| ☐ 2. FELA | ☐ 2. Airplane Personal Injury |
| ☐ 3. Jones Act-Personal Injury | ☐ 3. Assault, Defamation |
| ☐ 4. Antitrust | ☐ 4. Marine Personal Injury |
| ☐ 5. Patent | ☐ 5. Motor Vehicle Personal Injury |
| ☐ 6. Labor-Management Relations | ☑ 6. Other Personal Injury *(Please specify):* Negligence |
| ☐ 7. Civil Rights | ☐ 7. Products Liability |
| ☐ 8. Habeas Corpus | ☐ 8. Products Liability – Asbestos |
| ☐ 9. Securities Act(s) Cases | ☐ 9. All other Diversity Cases |
| ☐ 10. Social Security Review Cases | *(Please specify):* _____ |
| ☐ 11. All other Federal Question Cases | |
| *(Please specify):* _____ | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    *Sign here if applicable* _____    _____
     *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELINDA LeSAGE and | : | CIVIL ACTION |
| HERBERT J. LeSAGE, JR., w/h | : | |
| | : | NO. |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CITY CRUISES PHILADELPHIA, | : | |
| SPIRIT OF PHILADELPHIA and | : | |
| ENTERTAINMENT CRUISES, INC. | : | |
| | : | |
| Defendants | : | |

**TO:   CLERK OF COURT OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## <u>NOTICE OF REMOVAL</u>

Defendants, City Cruises Philadelphia, Spirit of Philadelphia and Entertainment Cruises, Inc. (hereinafter referred to as "Removing Defendants"), by and through their attorneys, Marshall Dennehey Warner Coleman & Goggin, hereby file this Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania on the basis of diversity jurisdiction, and in support thereof aver as follows:

1.      Plaintiff commenced this action by filing a Complaint on May 13, 2022, in the Court of Common Pleas of Philadelphia County, Pennsylvania docketed as May 2022 Term, No. 01279.  (A true and correct copy of the Complaint is attached hereto and marked as Exhibit "A").

2.      The Complaint was served upon all defendants via personal service on June 2, 2022.

3.      The Complaint states that Plaintiffs are adult individuals and residents of the

Commonwealth of Pennsylvania, residing therein at 2 My Way-Lincoln University, Lincoln

University, PA 19352.  Therefore, upon information and belief, Plaintiffs are citizens of the

Commonwealth of Pennsylvania.

4.      Defendant City Cruises Philadelphia is a brand name of Hornblower Cruises and

Events, LLC, which replaced Spirit Cruises, LLC via a name change in 2020.  Hornblower

Cruises and Events, LLC is domestic limited liability company organized pursuant to the laws of

the state of Delaware.  Its principal place of business is located at 455 N Cityfront Drive, Suite

2600, Chicago, IL 60611.  (See Affidavit of Colleen La Ha, attached hereto and marked as

Exhibit "B," ¶3).

5.      Defendant Entertainment Cruises, Inc. is predecessor corporation of Hornblower

Cruises and Events, Inc., which replaced Entertainment Cruises, Inc. via a name change in 2020.

Hornblower Cruises and Events, Inc. is a domestic corporation organized pursuant to the laws of

the state of Delaware.  Its principal place of business is located at 455 N Cityfront Drive, Suite

2600, Chicago, IL 60611. (Ex. "B," ¶2).

6.      Defendant Spirit of Philadelphia is a marine vessel owned by Hornblower Cruises

and Events, LLC. (Ex. "B," ¶4).

7.      Hornblower Cruises and Events, Inc. is the sole member of Hornblower Cruises

and Events, LLC. (Ex. "B," ¶5).

8.      Hornblower Cruises and Events, LLC and Hornblower Cruises and Events, Inc.,

are organized under  Hornblower Group, Inc., which is a domestic corporation organized

pursuant to the laws of the state of California.  Its principal place of business is Pier 3, The

Embarcadero, San Francisco, CA 94111. (Ex. "B," ¶6).

9. None of the Removing Defendants is incorporated or otherwise organized pursuant to the laws of Pennsylvania. Moreover, their principal places of business are not, and never were located in Pennsylvania.

10. Defendant City Cruises Philadelphia and its corporate entity, Hornblower Cruises and Events, Inc., are not residents of Pennsylvania.

11. Defendant Entertainment Cruises, Inc. and its successor, Hornblower Cruises, Inc., are not residents of Pennsylvania.

12. Defendant Spirit of Philadelphia is owned by Hornblower Cruises and Events, LLC and neither is a resident of Pennsylvania.

13. Based upon the allegations of Plaintiffs' Complaint, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest, as Plaintiff has alleged damages in excess of $50,000.00 in the Complaint.

14. As such, the above described civil action is one in which this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

15. Under these circumstances, the lawsuit could have been brought originally before this Court under 28 USC §1332 between the Plaintiff and Removing Defendants. Further, pursuant to 28 USC §1441 (b), the Defendant is not a citizen of Pennsylvania where the action was brought. The lawsuit is, therefore, properly removed to this Court pursuant to 28 USC §1441.

16. This Notice of Removal has been filed within thirty (30) days after receipt by Removing Defendants of the Complaint in accordance with 28 U.S.C. § 1446(b).

17.     Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d), as noted in the attached Certificate of Service.

18.     Promptly after filing in this Court and the assignment of a civil action number, a copy of the Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

19.     Removing Defendant expressly reserves the right to raise all defenses and objections in this action after it is removed to this Honorable Court.  No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to all defendant.

20.     Copies of all process, pleadings and other Orders which have been received by Defendant in this action are filed herewith.

**WHEREFORE**, Defendants City Cruises Philadelphia, Spirit of Philadelphia and Entertainment Cruises, Inc. respectfully request that they may affect the removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY:   *Timothy D. Rau*

TIMOTHY D. RAU, ESQUIRE
2000 Market Street, 23rd Floor
Philadelphia, PA  19103
(215) 575-2623
Attorney for Defendants,
City Cruises Philadelphia,
Spirit of Philadelphia and
Entertainment Cruises, Inc.

Dated: June 30, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELINDA LeSAGE and | : | CIVIL ACTION |
| HERBERT J. LeSAGE, JR., w/h | : | |
| | : | NO. |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CITY CRUISES PHILADELPHIA, | : | |
| SPIRIT OF PHILADELPHIA and | : | |
| ENTERTAINMENT CRUISES, INC. | : | |
| | : | |
| Defendants | : | |

## CERTIFICATION

I, Timothy D. Rau, Esquire, hereby certify that the facts set forth in the foregoing Notice

of Removal are true and correct to the best of my knowledge, information and belief.

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

BY: _Timothy D. Rau_

TIMOTHY D. RAU, ESQUIRE
2000 Market Street, 23rd Floor
Philadelphia, PA  19103
(215) 575-2623
Attorney for Defendants,
City Cruises Philadelphia,
Spirit of Philadelphia and
Entertainment Cruises, Inc.

Dated: June 30, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELINDA LeSAGE and<br>HERBERT J. LeSAGE, JR., w/h | : | CIVIL ACTION |
| | : | |
| | : | NO. |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CITY CRUISES PHILADELPHIA, | : | |
| SPIRIT OF PHILADELPHIA and | : | |
| ENTERTAINMENT CRUISES, INC. | : | |
| | : | |
| Defendants | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy D. Rau, Esquire, hereby certify that a true and correct copy of the foregoing

Notice of Removal was served upon all counsel of record via electronic filing on the below date.

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

BY:   *Timothy D. Rau*
        TIMOTHY D. RAU, ESQUIRE
        2000 Market Street, 23rd Floor
        Philadelphia, PA  19103
        (215) 575-2623
        Attorney for Defendants,
        City Cruises Philadelphia,
        Spirit of Philadelphia and
        Entertainment Cruises, Inc.

Dated:  <u>June 30, 2022</u>

# EXHIBIT "A"

**STARK & STARK, P.C.**
By: Joseph A. Cullen, Jr., Esq.
Attorney I.D. No. 82167
By: Dylan Cochran, Esq.
Attorney I.D. No 328823
777 Township Line Rd., Suite 120
Yardley, PA 19067
Telephone (267)907-9600
Facsimile (267)907-9659
jcullen@stark-stark.com
dcochran@stark-stark.com

*Attorneys for Plaintiffs*

Filed and Attested by the
Office of Judicial Records
13 MAY 2022 02:47 pm
B. MERCEDES

| | |
|---|---|
| MELINDA LESAGE and HERBERT J. LESAGE, JR., w/h<br>2 My Way-Lincoln University<br>Lincoln University, PA, 19352<br><br>v.<br><br>CITY CRUISES PHILADELPHIA<br>401 S Christopher Columbus Blvd,<br>Philadelphia, PA, 19106<br><br>and<br><br>SPIRIT OF PHILADELPHIA<br>401 S Christopher Columbus Blvd,<br>Philadelphia, PA, 19106<br><br>And<br><br>ENTERTAINMENT CRUISES, INC.<br>123 Chestnut St, Ste 402<br>Philadelphia, PA, 19106 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>NO.<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE**

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

Case ID: 220501279

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND
INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone:   (215) 238-1701

**AVISO PARA DEFENDER**

USTED HA SIDO DEMANDADO/A EN LA CORTE. Si usted desea defender conta la demanda puestas en las siguientes páginas, usted tienen que tomar acción dentro veinte (20) días después que esta Demanda y Aviso es servido, con entrando por escrito una aparencia personalmente o por un abogado y archivando por escrito con la Corte sus defenses o objeciones a las demandas puestas en esta contra usted. Usted es advertido que si falla de hacerlo el caso puede proceder sín usted y un jaxgamiento puede ser entrado contra usted por la Corte sin más aviso por cualquier dinero reclamado en la Dermanda o por cualquier otro reclamo o alivio solicitado por Demandante. Usted puede perder dinero o propiedad o otros derechos importante para usted.

USTED DEBE LLEVER ÉSTE PAPEL A SU ABOGADO ENSEGUIDA. SI USTED NO TIENE UN ABOGADO, VAYA O LLAME POR TELÉFONO LA OFICINA FLJADA AQUI ABAJO. ESTA OFICINA PUEDE PROVEERÉ CON INFORMACIÓN DE CÓMO CONSEGUIR UN ABOGADO.

SI USTED NO PUEDE PAGARLE A UN ABOGADO ÉSTA OFICINA PUEDE PROVEERÉ INFOMRACIÓN ACERCA AGENCIAS  QUE PUEDAN OFRECER SERVICIOS LEGAL A PERSONAS ELIGIBLE AQ UN HONORARIO REDUCIDO O GRATIS.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA
E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania  19107
Telefono:  (215) 238-1701

Case ID: 220501279

**STARK & STARK, P.C.**
By: Joseph A. Cullen, Jr., Esq.
Attorney I.D. No. 82167
By: Dylan Cochran, Esq.
Attorney I.D. No 328823
777 Township Line Rd., Suite 120
Yardley, PA 19067
Telephone (267)907-9600
Facsimile (267)907-9659
jcullen@stark-stark.com
dcochran@stark-stark.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| MELINDA LESAGE and HERBERT J. LESAGE, JR., w/h<br>2 My Way-Lincoln University<br>Lincoln University, PA, 19352<br><br>v.<br><br>CITY CRUISES PHILADELPHIA<br>401 S Christopher Columbus Blvd,<br>Philadelphia, PA, 19106<br><br>and<br><br>SPIRIT OF PHILADELPHIA<br>401 S Christopher Columbus Blvd,<br>Philadelphia, PA, 19106<br><br>And<br><br>ENTERTAINMENT CRUISES, INC.<br>123 Chestnut St, Ste 402<br>Philadelphia, PA, 19106 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>NO.<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CIVIL ACTION COMPLAINT

1.     Plaintiffs Melinda LeSage and Herbert J. LeSage, Jr., wife and husband, are adult

individuals and residents of the Commonwealth of Pennsylvania who reside together at 2 My

Way- Lincoln University, Lincoln University, PA 19352.

4892-3009-4365, v. 1

Case ID: 220501279

2.      Defendant, City Cruises Philadelphia, is a corporation or similar entity, with a principal place of business at 401 S Christopher Columbus Blvd, Philadelphia, PA 19106.

3.      Defendant, Spirit of Philadelphia, is a corporation or similar entity, with a principal place of business at 401 S Christopher Columbus Blvd, Philadelphia, PA 19106.

4.      Defendant, Entertainment Cruises, Inc., is a corporation or similar entity, with a principal place of business at 123 Chestnut Street, Philadelphia, PA 19106.

5.      At all times material to Plaintiffs' cause of action, Defendants were the owners, operators, possessors, and maintainers of a certain "Spirit of Philadelphia," Yacht docked at 401 S. Columbus Blvd, in Philadelphia, PA 19106.

6.      All the acts alleged to have been done or not to have been done by the Defendants were done or not done by the Defendants, their agents, servants, workmen and/or employees acting within the course and scope of their employment and authority for and on behalf of said Defendants.

7.      On or about August 10, 2019, at approximately 3:45 pm, Plaintiff, Melinda LeSage, was a business invitee on the Spirit of Philadelphia Yacht and, while exercising due care and caution for her own safety, was caused to trip, stumble, and fall by reason of the presence of a three (3) inch raised threshold above a landing, thereby causing a dangerous, defective and hazardous condition.

8.      The dangerous condition of the raised threshold created a reasonably foreseeable risk that guests such as Plaintiff would trip, stumble, and fall and incur injury.

9.      As a result of the aforesaid, Plaintiff sustained serious, painful, and permanent injuries as more particularly described herein.

Case ID: 220501279

## COUNT I-NEGLIGENCE

## PLAINTIFF, MELINDA LESAGE V. ALL DEFENDANTS

10.    Plaintiffs hereby incorporates the above referenced paragraphs, as fully as though the same were set forth here at length.

11.    The negligence and carelessness of the Defendants consisted of the following:

(a)    failure to use ordinary care and diligence to warn patrons of the raised threshold and to keep the doorway in a condition reasonably safe for its intended uses and free from all defects and conditions which would render it dangerous and unsafe for Plaintiff, or present an unreasonable risk of harm to her in her lawful use of the same;

(b)    failure to place warning and caution signs in a reasonable place, in which Plaintiff would have had sufficient time to detect and identify the presence of the raised threshold hazard.

(c)    failure to place warning and caution signs at a reasonable distance, in which Plaintiff would have had sufficient time to associate the warning with the hazard.

(d)    failure to place warning and caution signs in a reasonable place, in which Plaintiff would have sufficient time to respond to the warning of the raised threshold.

(e)    failure to have specific warnings and cautions signs related to the raised threshold.

(f)    failure to warn plaintiff of the dangerous and defective condition of the raised threshold then and there existing on the Spirit of Philadelphia Yacht.

(g)    allowing the raised threshold to remain in a dangerous and defective condition.

4892-3009-4365, v. 1

Case ID: 220501279

12.     By failing to warn or caution of the raised threshold on the Spirit of Philadelphia on August 10, 2019, Defendants created a dangerous and/or hazardous condition, of which Defendants were aware, should have been aware, or could have been aware through the exercise of ordinary care, and breached their duty to public invitees and Plaintiff herein.

13.     Plaintiff's fall and resultant injuries were caused by the aforesaid acts of negligence on the part of Defendants or their agents, servants and/or employees, who failed to utilize reasonable care to warn of said reasonably foreseeable hazard or dangerous condition.

14.     As a result of the aforesaid, Plaintiff sustained injuries to her neck, back, legs and head, including but not limited to: a fracture to her right distal femur requiring surgical repair and multilevel degenerative thoracic and lumbar sprain spondylosis.

15.     As a result of the incident aforesaid, Plaintiff has undergone great physical pain and mental anguish and she may continue to endure the same for an indefinite time in the future to her great detriment and loss.

16.     As a further result of the accident aforesaid, Plaintiff has been compelled to expend large sums of money for medicine and medical care in an effort to effect a cure of her injuries, and she may be compelled to continue to expend such sums for the same purposes for an indefinite time in the future, to her great detriment and loss.

17.     As a result of the accident aforesaid, Plaintiff has been unable to attend to her usual and daily duties and occupation and she will be unable to attend to the same for an indefinite time in the future, to her great detriment and loss.

18.     As a further result of the aforesaid, Plaintiff has suffered a loss and depreciation of her earnings and earning power, and she may continue to suffer the same for an indefinite time in the future, to her great detriment and loss.

4892-3009-4365, v. 1

**WHEREFORE**, Plaintiff demands judgment against the Defendants, for in an amount in excess of the jurisdictional limits, together with interest and costs.

## COUNT II – LOSS OF CONSORTIUM

### PLAINTIFF, HERBERT J. LESAGE, JR. vs. ALL DEFENDANTS

19.     Plaintiff, Herbert J. LeSage, Jr. incorporates by reference the averments of the above paragraphs as fully as though the same were set forth herein at length.

20.     Plaintiff, Herbert J. LeSage, Jr. is the lawful husband of Plaintiff, Melinda LeSage.

21.     As a result of the accident as set forth above, caused solely by the negligence, carelessness, and recklessness of Defendants, Plaintiff, Herbert J. LeSage, Jr. was caused to suffer the loss of guidance, support, advice, household services, consortium, personal services, companionship, and assistance of his wife, Melinda LeSage.

22.   As a result of the incident as set forth above, caused solely by the negligence, carelessness, and recklessness of Defendants, Plaintiff, Herbert J. LeSage, Jr. will be caused to suffer the loss of guidance, support, advice, household services, consortium, personal services, companionship, and assistance of his wife, Melinda LeSage, in the future.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, for compensatory damages in an amount in excess of the jurisdictional limits, together with interest and costs.

4892-3009-4365, v. 1

Case ID: 220501279

Respectfully Submitted

**STARK & STARK, P.C.**

*Joseph A. Cullen, Jr.*

Joseph A. Cullen, Jr., Esquire
Dylan Cochran, Esquire

DATED:   May 10, 2022          ***Attorneys for Plaintiffs***

Case ID: 220501279

## VERIFICATION

We, Melinda LeSage and ~~Herbert J. LeSage, Jr~~ hereby verify that the facts set forth in the foregoing Complaint are true and correct to the best of my information, knowledge and belief, and that false statements herein are made subject to the penalties of 18 Pa. C.S. Sec. 4904, relating to unsworn falsification to authorities.


_____
Melinda LeSage


_____
Herbert J. LeSage, Sr

# EXHIBIT "B"

## AFFIDAVIT OF COLLEEN LA HA

I, Colleen La Ha, do hereby swear and aver as follows:

At all times pertinent hereto:

1.     I, Colleen La Ha, am an adult individual and authorized representative on behalf of Defendants, City Cruises Philadelphia, Spirit of Philadelphia and Entertainment Cruises, Inc.

2.     Defendant, Entertainment Cruises, Inc. is predecessor corporation of Hornblower Cruises and Events, Inc., which replaced Entertainment Cruises, Inc. via a name change in 2020. Hornblower Cruises and Events, Inc. is a domestic corporation organized pursuant to the laws of the state of Delaware. Its principal place of business is located at 455 N Cityfront Drive, Suite 2600, Chicago, IL 60611.

3.     Defendant, City Cruises, is a trade name of Hornblower Cruises and Events, LLC, which replaced Spirit Cruises, LLC via a name change in 2020.   Hornblower Cruises and Events, LLC is domestic limited liability company organized pursuant to the laws of the state of Delaware. Its principal place of business is located at 455 N Cityfront Drive, Suite 2600, Chicago, IL 60611.

4.     Defendant *Spirit of Philadelphia* is a marine vessel owned by Hornblower Cruises and Events, LLC.

5.     Hornblower Cruises and Events, Inc. is the sole member of Hornblower Cruises and Events, LLC.

6.     Hornblower Cruises and Events, LLC and Hornblower Cruises and Events, Inc., are organized under  Hornblower Group, Inc., which is a domestic corporation organized pursuant to the laws of the state of California. Its principal place of business is Pier 3, The Embarcadero, San Francisco, CA 94111.

7.     Hornblower Cruises and Events, LLC, Hornblower Cruises and Events, Inc., and Hornblower Group, Inc. have never been organized pursuant to the laws of the state of Pennsylvania, and their respective principal places of business have never been located in the state of Pennsylvania.

8.     I declare under penalty of perjury that the foregoing is true and correct.

By: _____

COLLEEN LA HA

Date: June 24, 2022

Sworn to and Subscribed
before me this 24th day
of June          , 2022  .
_____
Notary Public

OFFICIAL SEAL
COLLEEN ELIZABETH SCALISE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/28/2026